■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH WOODWARDS, Appellant. [626 NYS2d 442] —Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered March 31, 1993, convicting defendant, after jury trial, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant did not object to the prosecutor's single summation comment he now claims deprived him of a fair trial, and thus did not preserve his current claim of error (CPL 470.05; *People v Iannelli,* 69 NY2d 684, *cert denied* 482 US 914). In any event, taken in context, the comment constituted appropriate response to the defense summation *(People v Marks,* 6 NY2d 67, *cert denied* 362 US 912), and fair comment on the evidence, presented within the broad bounds of rhetorical comment permissible in closing argument *(People v Galloway,* 54 NY2d 396). Further, in light of the overwhelming evidence against defendant, any inartful phrasing by the prosecutor in

closing argument is deemed harmless error *(People v Crimmins,* 36 NY2d 230). Concur—Murphy, P. J., Rubin, Ross, Williams and Tom, JJ.